# EXHIBIT A



1ONRABI01
PO Box 1022
Wixom MI 48393-1022



Si usted prefiere un representante español, llame al **(866) 902-6876**

Toll Free
**(800)-829-7750**

Local
**(901) 388-7750**

**regional adjustment bureau**
*A Total Receivable Management Company*

| Date | Client Acct # |
|---|---|
| 3/18/2014 | 3●●●●●●1●● |

13●●●●●●23**   2●●●●3**

ılıılıllıılııllıılıllılıılıılıılıılıılıılılıılıılı

DUNSTAN A WEERASINGHE
1085 Tompkins Ave Apt A5
Staten Island NY 10305-4643

CCSI
P O BOX 34119
Memphis TN 38184

| DEBIT CARD USING FOR PAYMENT | ☐ VISA | ☐ MasterCard | ☐ MASTERCARD |
|---|---|---|---|
| CARD NUMBER  PLUS 3 DIGIT SECURITY  CODE (on back of card) | | | EXP. DATE  / |
| CARDHOLDER NAME | | CARDHOLDER SIGNATURE | AMOUNT  $ |

*** Detach Upper Portion and Return with Payment make payable to Citi ***

| | |
|---|---|
| Client Name: | CITIBANK NA/EXXONMOBIL |
| Balance: | $730.50 |
| RAB #: | ●●●●●●●● |
| Client Account #: | XXXXXXXXXXXX1491 |



**WESTERN UNION  QUICK COLLECT**

**CHECK BY PHONE**
**IS ACCEPTED**

We have made several attempts to contact you regarding your delinquent account. The balance in the amount of $730.50 is due in full at this time.

You can respond to this communication by making your payment in full or by making a phone call to our office today at (800)-829-7750 to discuss the resolution of your delinquent account. Our collection specialists are available to help you resolve this matter.

Please note that you can pay your account by check or DEBIT card over the internet by contacting us at rabinc.com/payment.

This is an attempt to collect a debt and any information obtained will be used for that purpose.  This communication is from a debt collector.

New York City Dept of Consumer Affairs Permit No. 0988585.
1ONRABI0123

---

**Regional Adjustment Bureau, Inc.** • 1900 Charles Bryan Rd, Suite 110 • P O BOX 34119 • Memphis  TN  38016
**(800)-829-7750**
Office Hours: 8:00 AM – 9:00 PM Monday-Thursday, 8:00 AM – 6:00 PM Friday